# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

ROCHESTER GAS AND ELECTRIC,

        Plaintiff,

   v.                                      ORDER
                                               00-CV-6369

GPU, INC.,

        **Defendant.**

---

Pending before the Court is defendant's motion for a protective order to quash a deposition subpoena served by plaintiff on the records keeper for Cornell University. (Docket #221). The testimony of the records keeper will greatly assist this Court in determining a significant pre-trial issue: whether the documents that have been maintained by Cornell University for several decades can be authenticated as ancient documents under the Federal Rules of Evidence and therefore be admitted into evidence at trial. Accordingly, defendant's motion is hereby **denied**.

SO ORDERED.

                                             JONATHAN W. FELDMAN
                                             United States Magistrate Judge

Dated: October 18, 2007
Rochester, New York